**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                                               Case No.: 1:10–cr–00651
                                                              Honorable James B. Zagel

Daniel Spitzer, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 16, 2012:

      MINUTE entry before the Honorable James B. Zagel:As to Alfred Gerebizza, pretrial conference held on 3/16/2012. Pro Se appearance taking under advisement after further admonishment in open court. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.