

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

April 6, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA v. Alfred Gerebizza

U.S.D.C. DOCKET NO. : 10 CR 651-2

U.S.C.A. DOCKET NO. : 12-1070

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S) 1 pdf

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: _Laura Springer_
Laura Springer, Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 2/1/2012.

USDC NO. : 10 CR 651-2

USCA NO. : 12-1070

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 4/4/12 | 135 | Transcript of proceeding before Judge Zagel on 12/12/11. |
| 4/4/12 | 136 | Transcript of proceeding before Judge Zagel on 11/3/11. |
| 4/4/12 | 137 | Transcript of proceeding before Judge Zagel on 12/1/11. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 6th day of April, 2012.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
*Laura Springer*
DEPUTY CLERK
S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
APR - 6 2012

Thomas G. Bruton, Clerk

By: *Laura Springer*

Laura Springer, Deputy Clerk

appsupcer.wpt