Undersigned:
Alfred Robert Gerebizza
c/o Benton Hall, Notary Public
3546 East Presidio Circle
Mesa, Arizona [85213]
*Non-Domestic without the United States*
Phone: (480) 319-1552
Email: Benton.private@gmail.com

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of ___01___ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.
By: *Benton Hall*
Date: *June 14, 2012*
(THIS STAMP MUST BE RED)

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF MISTAKE OF OMISSION TO FILE 1099A and 1096

**FILED JUN 20 2012 THOMAS G BRUTON CLERK, U S DISTRICT COURT**

Date of Notice: *Nunc pro tunc* to February 15, 2012

Notice for: **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 South Dearborn Street
Chicago, Illinois 60604

Service by: **USPS "Certificate of Mailing" (PS Form 3877)**

Re: Case No. 1:10-cr-00651-2, in the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (UNITED STATES OF AMERICA v. DANIEL SPITZER and ALFRED GEREBIZZA) in behalf of ALFRED GEREBIZZA. Omission of 1099A Form B (Acquisition or Abandonment of Secured Property).

Comes now, the Undersigned, Alfred Robert Gerebizza as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to ALFRED ROBERT GEREBIZZA. The Undersigned has omitted a certain 1099A Form (Acquisition or Abandonment of Secured Property) in the original presentment of "Notice of Tender for Setoff and a Request Regarding A Statement of Account". For this mistake and omission of the proper form for an abandonment of funds that was to be included in the original presentment, the Undersigned has but two words, "Forgive Me". Attached hereto is the 1099A "Copy B For Borrower" to be included in the Administrative Record. Thank you for your assistance to amend the filing of the original presentment with this 1099A "Copy B For Borrower" in this matter.

*Alfred R. Gerebizza*
Authorized Representative

☐ CORRECTED (if checked)

**LENDER'S name, street address, city, state, ZIP code, and telephone no.**
Alfred Robert Cierebizza
113 Hidden Hollow Drive
Palm Beach Gardens, FL 33418
(847) 815-6058

**LENDER'S federal identification number:** ***-**-2010
**BORROWER'S identification number:**

**BORROWER'S name:** THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, BY CHIEF FINANCIAL OFFICER, TRUSTEE/FIDUCIARY

**Street address (including apt. no.):** 219 South Dearborn Street
**City, state, and ZIP code:** Chicago, IL 60604

**Account number (see instructions):** Case No. 1:10-cr-00651-2

OMB No. 1545-0877
**2012 Form 1099-A**
**Acquisition or Abandonment of Secured Property**

**1 Date of lender's acquisition or knowledge of abandonment:** 02/08/2012
**2 Balance of principal outstanding:** $5,333,000.00
**3** 
**4 Fair market value of property:** $5,333,000.00
**5 If checked, the borrower was personally liable for repayment of the debt** ☐
**6 Description of property:** RECEIPT FOR THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION SUPERCEDING INDICTMENT SETOFF

**Copy B For Borrower**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A** (keep for your records) Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

**LENDER'S name, street address, city, state, ZIP code, and telephone no.** [blank]

**LENDER'S federal identification number:** [blank]
**BORROWER'S identification number:** [blank]
**BORROWER'S name:** [blank]
**Street address (including apt. no.):** [blank]
**City, state, and ZIP code:** [blank]
**Account number (see instructions):** [blank]

OMB No. 1545-0877
**2012 Form 1099-A**
**Acquisition or Abandonment of Secured Property**

**1 Date of lender's acquisition or knowledge of abandonment:** [blank]
**2 Balance of principal outstanding:** $
**3** [blank]
**4 Fair market value of property:** $
**5 If checked, the borrower was personally liable for repayment of the debt** ☐
**6 Description of property:** [blank]

**Copy B For Borrower**

Form **1099-A** (keep for your records) Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

(blank 1099-A form, same as above)

Form **1099-A** (keep for your records) Department of the Treasury - Internal Revenue Service

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 South Dearborn Street
Chicago, Illinois 60604

cc:

**Jason A. Yonan**
c/o United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
Phone: (312) 353-4156
Email: Jason.Yonan@usdoj.gov

**Madeleine Sullivan Murphy**
c/o United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
Phone: (312) 886-2070
Email: madeleine.murphy@usdoj.gov

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
Phone: (312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter "Recipients," the documents and sundry papers pertaining to a certain Case No. 1:10-cr-00651-2, in the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (UNITED STATES OF AMERICA v. DANIEL SPITZER and ALFRED GEREBIZZA) in behalf of ALFRED GEREBIZZA, as follows:

1. **NOTICE: NOTICE OF MISTAKE OF MISSION TO FILE 1099A and 1096** dated *nunc pro tunc* to February 15, 2012 (1 leaf);

2. **COPY:** 1099A (Acquisition or Abandonment of Secured Property) (1 leaf), and;

3. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 14, 2012, (signed original on file) (2 leaves).

These mailings contained a total of four (4) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form

**NOTARY'S CERTIFICATE OF SERVICE**      Page 1 of 2

3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

<u>June 14, 2012</u>     _____

**DATE**                               **Notary**

                                       **Benton Hall,**

                                       **3546 East Presidio Circle**

                                       **Mesa, Arizona [85213]**

                                       **Phone: (480) 319-1552**

                                       **Email: <u>benton.private@gmail.com</u>**

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.