# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

July 23, 2012

*Before*

**William J. Bauer,** *Circuit Judge*

```
UNITED STATES OF AMERICA,        ] Appeal from the United
      Plaintiff-Appellee,        ] States District Court for
                                 ] the Northern District of
No. 12-1070              v.      ] Illinois, Eastern Division.
                                 ]
ALFRED GEREBIZZA,                ] No. 1:10-cr-00651
      Defendant-Appellant.       ]
                                 ] James B. Zagel, Judge.
```

O R D E R

On consideration of "ALFRED GEREBIZZA'S MOTION FOR APPOINTMENT OF COUNSEL" filed by attorney Paul Camarena on July 19, 2012,

IT IS ORDERED that the motion is GRANTED, and attorney Camarena is APPOINTED under the provisions of the Criminal Justice Act to represent defendant-appellant Alfred Robert Gerebizza in this appeal effective January 10, 2012.