# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                                     Case No.: 1:10–cr–00651
                                                   Honorable James B. Zagel

Daniel Spitzer, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 8, 2012:

      MINUTE entry before the Honorable James B. Zagel:As to Alfred Gerebizza, status hearing held on 8/8/2012. Rule 15 deposition brief to be filed by the Government. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 8/8/2012 to 9/6/2012. Status hearing set for 9/6/2012 at 10:00 AM.) Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.