## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                          Case No.: 1:10–cr–00651
                                                            Honorable James B. Zagel

Daniel Spitzer, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 6, 2012:

      MINUTE entry before the Honorable James B. Zagel:As to Alfred Gerebizza, status hearing held on 9/6/2012. Position paper response due by 9/14/2012. Status hearing set for 9/17/2012 at 10:00 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 9/6/2012 to 9/17/2012. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.