**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 10 CR 651 – 02 |
| Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable James B. Zagel |
| | ) | |
| ALFRED GEREBIZZA, *et. al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Assistant United States Attorney
Jason Yonan
219 S. Dearborn, No. 500
Chicago, IL 60604

PLEASE TAKE NOTICE that, on Monday September 17, 2012, at 10:00am, at the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Courtroom 2503, Chicago, IL, 60604, Alfred Gerebizza, by his counsel, Paúl Camarena, will appear before His Honor James B. Zagel and present **ALFRED GEREBIZZA'S POSITION PAPER REGARDING THE PROPOSED RULE 15 DEPOSITION OF ISAAC LEGAIR**.

**CERTIFICATE OF SERVICE**

ALFRED GEREBIZZA'S COUNSEL, PAÚL CAMARENA, CERTIFIES that, on Friday September 14, 2012, he served **ALFRED GEREBIZZA'S POSITION PAPER REGARDING THE PROPOSED RULE 15 DEPOSITION OF ISAAC LEGAIR** and its **NOTICE OF MOTION** on:

Assistant United States Attorney
Jason Yonan
219 S. Dearborn, No. 500
Chicago, IL 60604

Respectfully submitted,
Alfred Gerebizza's Counsel
/s/ Paúl Camarena
Paúl Camarena, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607
PaulCamarena@PaulCamarena.Com
(312) 493-7494
(312) 602-4945 (facsimile)