# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 651 - 2 | **DATE** | 4/2/2013 |
| **CASE TITLE** | USA vs. Gerebizza | | |

**DOCKET ENTRY TEXT**

Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | emp |
|---|---|---|