## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | Docket Number: 10 CR 651 – 02 |
| v. | )<br>)<br>) | Presiding Judge:<br>The Honorable James B. Zagel |
| ALFRED GEREBIZZA, *et. al.*,<br>Defendants. | )<br>)<br>) | |

### **ORDER**

The Court hereby retroactively appoints Attorney Thomas A. McGettrick as co-counsel for Defendant Alfred Gerebizza from October 27, 2012 until November 7, 2012, at a rate of $ 80.00 per hour.

4/2/13

_____
The Honorable James B. Zagel
Judge, United States District Court for the
Northern District of Illinois